KAPLAN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REALAGE, INC.,

           Plaintiff,

- against -

HEALTHFIRST CORPORATION, EQUINOX
HOLDINGS, INC. AND POLAR ELECTRO INC.,

           Defendants.

Civil Action No.: 05 CV 4390 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/06

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a) (ii), Plaintiff, RealAge, Inc., and Defendants, Healthfirst Corporation, Equinox Holdings, Inc. and Polar Electro, Inc., stipulate to dismissal, with prejudice, of the above-captioned action with respect to all defendants. Each party shall bear his, her or its own attorney's fees and costs.

Dated:   New York, New York
           February 13, 2006

HODGSON RUSS LLP
*Attorneys for Plaintiff*

By: _____
Jacqueline A. Meyer (JM 2400)
60 East 42nd Street
New York, New York 10165
(212) 661-3535

HOLLAND & KNIGHT LLP
*Attorneys for Defendants*

By: _____
Tamara Carmichael (TC 0697)
195 Broadway
New York, New York 10007
(212) 513-03200

SO ORDERED:

_____ 3/1/06
United States District Court Judge
by Hon. L. M. McKenna, Part I

060160/01021 NYCDOCS2 220781v1